USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/26/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                          :

AGUDAS CHASIDEI CHABAD OF UNITED   :
STATES,                                                        :
                                                                        :    1:16-mc-40-GHW
                                    Plaintiff,     :
                                                                          :        <u>ORDER</u>
                             -v -                                :
                                                                             :
RUSSIAN FEDERATION,                               :
                                                                             :
                                    Defendants.  :
------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       On October 24, 2022, Plaintiff filed a motion to vacate a stipulation and order (the "Motion"). Dkt. No. 42. Because the Motion seeks to vacate a stipulation and order, the Court directs Plaintiff to request that each of the parties to the stipulation submit a letter to the Court presenting their positions on whether the stipulation and order may be vacated.

SO ORDERED.

Dated: October 26, 2022
       New York, New York

                                                                              GREGORY H. WOODS
                                                                     United States District Judge