```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                               :
AGUDAS CHASIDEI CHABAD OF        :
UNITED STATES,                               :

                           Plaintiff,   :        1:16-mc-40-GHW

                -against-             :        <u>ORDER</u>

RUSSIAN FEDERATION,             :
                        Defendant.  :
------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

On October 24, 2022, Plaintiff filed a motion (the "Motion") (Dkt. No. 42) to vacate the stipulation and order entered by the Court on March 24, 2016. Dkt. No. 22. On November 7, 2022, all parties to the stipulation and order notified the Court that they do not oppose Plaintiff's Motion. Dkt. No. 48.

Accordingly, Plaintiff's Motion to vacate the stipulation and order entered by the Court is granted.

The Clerk of Court is respectfully directed to terminate the motion pending at Dkt. No. 42.

SO ORDERED.

Dated: November 9, 2022
New York, New York

                                            GREGORY H. WOODS
                                           United States District Judge